United States District Court
Southern District of Texas
**ENTERED**
May 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. B-97-293-1 |
| § | |
| JOAQUIN FOY § | |

# ORDER

The documents filed as Document Nos. 36 and 37 in Case No. B-97-CR-293 are hereby ordered stricken. They purport to be orders and judgments and they are neither. This case is closed and the District Clerk's Office is ordered to file no more documents in this case without the Court's permission.

Signed this 4th day of May, 2016.

Andrew S. Hanen
United States District Judge